UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| CHARLES FAIRLEY | ) CHAPTER 13 CASE NO:   05-65887 |
| | ) |
| DEBTOR | ) |

**NOTICE FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $29.90  into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtors' case was completed and the Trustee attempted to send a refund in the amount of $29.90 to the debtor.
3. The check was returned to the Trustee by the Post Office stating the debtor was "Temporarily Away".

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $29.90 into U.S. Treasury Fund 6047BK on behalf of Debtor, Charles Fairley, whose last known address was 29790 W. Fairmount Avenue, Buckeye, AR 85396-7186.

**/s/    Paul R. Chael**
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2010 service of a true and complete copy of the above and foregoing pleading or document was made upon the U.S. Trustee and the debtor's attorney electronically.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45